THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| APRIL MONIQUE LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>SANDY CITY POLICE DEPARTMENT and<br>ANTHONY GRIFFITHS,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [9] REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00867-DBB-JCB<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on March 10, 2025, recommends that the court dismiss this action with prejudice.

Judge Bennett previously determined that the Complaint failed to state a claim under 42 U.S.C. § 1983.[2] Judge Bennett ordered Ms. Lucas to file an amended complaint and noted that failure to do so may result in dismissal of the case.[3] Ms. Lucas failed to file an amended complaint, which led to Judge Bennett's recommendation that the court dismiss the action.[4] Given Ms. Lucas's previous failure to file an amended complaint, Judge Bennett recommends dismissing the case with prejudice because it would be futile to allow Ms. Lucas another opportunity to amend her complaint.[5]

---

[1] Report and Recommendation, ECF No. 9, filed Mar. 10, 2025.
[2] Mem. Decision and Order to Amend Compl., ECF No. 7, filed Jan. 31, 2025.
[3] *Id.* at 6.
[4] *See generally* Report and Recommendation.
[5] *Id.* at 6.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[6] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Judge Bennett is adopted.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.[7] The case is DISMISSED WITH PREJUDICE.

Signed April 15, 2025.

BY THE COURT:

_____
David Barlow
United States District Court Judge

---

[6] *Id.* at 7.
[7] ECF No. 9.